against Julius Prince. H. S. Dottenheim, for appellant. A. Gruber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RUBINSON, Appellant, v. GOETTING et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by Max Rubinson against Emma L. Goetting and others. No opinion. Judgment affirmed, with costs.

RUDIGER et al., Appellants, v. COLEMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by Eugene A. Rudiger and another against James S. Coleman and others. No opinion. Motion for reargument denied, with costs. See, also, 114 N. Y. Supp. 689.

In re RUMPF. (Supreme Court, Appellate Division, First Department. February 11, 1909.) In the matter of Caroline Rumpf. No opinion. Motion denied, with $10 costs. Order filed.

RUPERT, Respondent, v. COMSTOCK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 13, 1909.) Action by Frank E. Rupert, as trustee, etc., against Stephen E. Comstock and another, composing the firm of S. E. Comstock & Co. No opinion. Order affirmed, with $10 costs and disbursements.

In re RUSHMORE. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) In the matter of the application of Charles E. Rushmore to discontinue a portion of a highway in the town of Woodbury, Orange county, N. Y., and the assessment of damages therefor. No opinion. Order of the County Court of Orange county (57 Misc. Rep. 555, 109 N. Y. Supp. 1099), in so far as appealed from, affirmed on argument, with $10 costs and disbursements.

SANBERN, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Albert W. Sanbern against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

SANBERN, Respondent, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Albert W. Sanbern against Adrian H. Joline and Douglas Robinson, as receivers of New York City Railway Company. No opinion. Motion denied, without costs.

SATTERLY, Appellant, v. DEWICK et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Charles A. Satterly against Edward E. Dewick and others. No opinion. Motion denied.

SCHERER, Respondent, v. LEICHT, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Oscar Scherer against Charles K. Leicht. C. L. Waring, for appellant. W. F. Unger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHIFF et al., Appellants, v. MILLER, Respondent. (Supreme Court, Appellate Division. First Department. February 5, 1909.) Action by Isaac O. Schiff and another against Charles Miller. Morrison & Schiff, for appellants. M. D. Steuer, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SCHLICHTE v. DONNEGAN. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by Arnold W. Schlichte against John A. Donnegan. No opinion. Motion granted, with $10 costs. Order filed.

SCHMIDT, Respondent, v. BARTER et al., Appellants. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Frederick Schmidt against Ralph H. Barter and another. F. P. Burns, for appellants. H. R. Limburg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHNURR, Appellant, v. QUINN, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Tilly Schnurr against Alexander Quinn. No opinion. Motion for reargument denied, with $10 costs.

SCHOEFFEL AUTO & LIVERY CO., Respondent, v. MARKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by the Schoeffel Auto & Livery Company against Josephine Marks. No opinion. Judgment affirmed, with costs.

In re SCHOOL SITE, EAST 105th ST., IN THE CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 26, 1909.) In the matter of the school site, East 105th street, in the city of New York. No opinion. Motions granted, upon general guardian filing a bond in the sum of $7,000, to be approved by the court and filed in the office of the county clerk. Settle order on notice.

SCHULTZ, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Stefania Schultz against the Brooklyn Heights Railroad Company. No opinion. Order unanimously affirmed by default, with costs.

SCHUSLER, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 24, 1909.)